IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LEE,**
ADC #120960                                                                                          PLAINTIFF

v.                                       Case No. 4:24-cv-00418-KGB

**SARAH HUCKABEE SANDERS**
**Governor of State,** *et al.*                                                                   DEFENDANTS

## ORDER

Before the Court are a Recommended Disposition ("Recommendation") submitted by United States Magistrate Benecia B. Moore (Dkt. No. 15) and several pending motions filed by plaintiff Terry Lee (Dkt. Nos. 14; 21; 23). Mr. Lee filed objections to the Recommendation (Dkt. No. 20). After conducting a *de novo* review of the record, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. Mr. Lee's amended complaint is dismissed without prejudice (Dkt. No. 10). The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

The Court denies Mr. Lee's pending motion for injunction relief and temporary restraining order (Dkt. No. 14) for the reasons stated in the Recommended Disposition. Having dismissed without prejudice Mr. Lee's amended complaint, the Court denies as moot Mr. Lee's pending motion for injunction relief (Dkt. No. 21) and motion for relief (Dkt. No. 23).

It is so ordered this 21st day of January, 2025.

Kristine G. Baker
Chief United States District Judge